# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | Case No. 2:24-mj-00689-JHE |
| WISAM A. SHARIEFF | |

## MOTION TO SEAL AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND FILE REDACTED COMPLAINT

The United States respectfully moves the Court to seal the affidavit and complaint offered in support of the above-captioned criminal complaint and requests to file a redacted copy. The affidavit contains some personally identifying information (PII) of the defendant and a minor child. Accordingly, the United States respectfully requests that the Court enter the proposed order.

Respectfully submitted this the 30th day of October, 2024.

                                                PRIM F. ESCALONA
                                              UNITED STATES ATTORNEY

By:   */s/ R. Leann White*
           R. Leann White
           Assistant United States Attorney
           United States Attorney's Office